# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JEFFREY S. PATERSON,

   *Plaintiff*,

vs.

STATE OF NEVADA, *et al.*

   *Defendants*.

3:11-cv-00755-HDM-VPC

ORDER

Plaintiff, a Nevada state inmate, has filed an application (#1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

The application is incomplete. Both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. The financial certificate attached with the application is not the required financial certificate that is included with the application form, and it does not have the same required information. Further, plaintiff did not attach a statement of his inmate trust fund account for the past six months. Both a proper executed financial certificate and an inmate account statement are required.

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* (#1) is DENIED and that this action shall be DISMISSED without prejudice to the filing of a new complaint in a new action together with a new pauper application with all required attachments.

1 | The Clerk of Court shall send plaintiff a copy of the papers that he filed along with the
2 | complaint and pauper forms and instructions.
3 |       The Clerk shall enter final judgment accordingly, dismissing this action without
4 | prejudice.
5 |       DATED:   October 25, 2011.

                                                  _____
                                                  HOWARD D. MCKIBBEN
                                                  United States District Judge