AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*****\_\_\_\_\_ DISTRICT OF   NEVADA

JEFFREY S. PATERSON,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                        CASE NUMBER:  **3:11-CV-00755-HDM-VPC**

STATE OF NEVADA, et al.,

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED without prejudice** to the filing of a new complaint in a new action together with a new pauper application with all required attachments.

  October 25, 2011                               **LANCE S. WILSON**
                                                        Clerk

                                                   /s/ D. R. Morgan
                                                    Deputy Clerk